

# Fourth Court of Appeals
## San Antonio, Texas

August 15, 2016

No. 04-16-00470-CV

**IN RE** Jim **WEYNAND**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:   Marialyn Barnard, Justice
           Rebeca C. Martinez, Justice
           Jason Pulliam, Justice

Real party in interest Olmos Equipment, Inc., has filed a notice stating that it is in bankruptcy. The notice complies with Rule 8 of the Texas Rules of Appellate Procedure. Accordingly, this mandamus proceeding and all time periods are stayed from the date the bankruptcy petition was filed. *See* TEX. R. APP. P. 8.2.

It is therefore ORDERED that this mandamus proceeding is ABATED. For administrative purposes, the mandamus proceeding will be treated as a closed case, unless and until it is reinstated in accordance with Rule 8.3 of the Texas Rules of Appellate Procedure.

It is so **ORDERED** on August 15, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2016CI11958, styled *Jim Weynand v. Frost Bank; Ritchie Bros. Auctioneers (America) Inc., the Struthoff Company, Inc.; Bartlett Cocke; Bexar County; Bob Moore Construction, Inc.; Cadence McShane Constructions Co., LLC; Capco Steel, Inc.; Dysart, LLC; Embrey Partners; Emerson Construction; Fetzer Companies, Inc.; Galaxy Builders, Ltd.; Godfrey Construction; Olmos Contracting I, LLC; Reid & Associates; and Resource Commercial, Inc.,* , pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Richard Price presiding.